**Opinion filed January 6, 2022**



In The

# Eleventh Court of Appeals

_____

## No. 11-21-00244-CV

_____

## WILLIAM ROBERT FARRAR, Appellant

## V.

## DONNA JEAN SILVIA, Appellee

**On Appeal from the 326th District Court**

**Taylor County, Texas**

**Trial Court Cause No. 20-14562N**

## M E M O R A N D U M   O P I N I O N

Appellant, William Robert Farrar, filed a pro se notice of appeal from a final decree of divorce. When the appeal was docketed in this court on October 26, 2021, the clerk of this court requested that Appellant forward the $205 filing fee to this court on or before November 17, 2021. We notified Appellant by letters dated November 19, December 1, and December 9 that the filing fee was past due and that the appeal would be subject to dismissal if the filing fee was not paid. We ultimately directed Appellant to pay the $205 filing fee on or before December 21, 2021. As

of this date, we have not received the filing fee or an appropriate statement of inability to afford the payment of court costs.

We note that, in correspondence that was filed by Appellant in this court on December 9, Appellant indicated that he was "an indigent inmate." However, we also note that, in the decree of divorce from which Appellant has filed this appeal, Appellant was awarded assets that would belie his assertion of indigence.

Because Appellant has failed to pay the required filing fee in this appeal, we dismiss the appeal. *See* TEX. R. APP. P. 5, 42.3.

PER CURIAM

January 6, 2022

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.